Entered on Docket May 4, 2012

Below is the Judgment of the Court.



Marc Barreca
U.S. Bankruptcy Court Judge
(Dated as of Entered on Docket date above)

___

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>PRINCE CHERUVATHUR,<br><br>Debtor,<br><br>BAKER ATLAS, a division of BAKER HUGHES OILFIELD OPERATIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PRINCE CHERUVATHUR,<br><br>Defendant. | NO. 10-23537-MLB<br><br>ADVERSARY PROCEEDING NO.11-01141-MLB<br><br>ORDER OF NONDISCHARGEABILITY |

ORDER OF NONDISCHARGEABILITY — 1

Socius Law Group, PLLC
A T T O R N E Y S
Two Union Square • 601 Union Street, Suite 4950
Seattle, Washington 98101.3951
Telephone 206.838.9100
Facsimile 206.838.9101

**Below is the Judgment of the Court.**

This matter was called for trial on the 23rd day of April, 2012. The Plaintiff, Baker Atlas, a division of Baker Hughes Oilfield Operations, Inc. ("Baker Hughes"), appeared through its counsel of record, Aaron M. Guerrero. The Defendant, Prince Cheruvathur ("Defendant"), appeared in person and through his counsel of record, Amit D. Ranade. Collectively, Baker Hughes and the Defendant will be referenced herein as the "Parties". The Parties announced that they had agreed to the entry of this Order of Nondischargeability ("Order"). Pursuant to the agreement of the parties, this Court hereby makes the following findings:

1. in Cause No. 2004-14485; *Baker Atlas, a division of Baker Hughes Oilfield Operations, Inc. v. Prince Cheruvathur*, in the 133rd Judicial District Court of Harris County, Texas (the "Texas Lawsuit") a Final Judgment was entered on July 28, 2004 (the "Texas Judgment");

2. the Texas Judgment awarded the following in favor of Baker Hughes against the Defendant:

    a. the sum of $262,500.00 in actual damages;

    b. pre-judgment interest in the amount of $4,599.52 as of July 28, 2004;

    c. attorneys' fees and costs in the amount of $25,749.02;

    d. reasonable and necessary attorneys' fees and costs in the amount of $15,000 if the Texas Lawsuit is appealed to the Texas Court of Appeals, plus an additional $7,500 if a petition for writ of error is requested from the Texas Supreme Court, plus an additional $10,000 if the Texas Supreme Court grants the petition for writ of error;

    e. costs of court;

    f. post-judgment interest at the rate of 5% per annum on all amounts awarded in the Texas Judgment and which began to accrue on July 28, 2004; and

    g. the temporary injunctive relief granted on April 5, 2004 was made permanent;

Socius Law Group, PLLC
A T T O R N E Y S
Two Union Square • 601 Union Street, Suite 4950
Seattle, Washington 98101.3951
Telephone 206.838.9100
Facsimile 206.838.9101

**Below is the Judgment of the Court.**

3. that the Texas Judgment and all amounts awarded in the Texas Judgment are nondischargeable pursuant to 11 U.S.C. §§ 523(a)(4) and 523(a)(6); and

4. that the permanent injunction granted in the Texas Judgment is nondischargeable.

It is therefore ORDERED, ADJUDGED, and DECREED that:

1. the Texas Judgment, all amounts awarded in the Texas Judgment, and this Order are nondischargeable pursuant to 11 U.S.C. §§ 523(a)(4) and 523(a)(6);

2. the permanent injunction relief awarded in the Texas Judgment is nondischargeable and shall continue in full force and effect; and

3. this Order is a Federal Court Judgment to assist in the enforcement of the Texas Judgment and for purposes of domestication, recording, abstracting, and execution shall be treated as a Federal Court Judgment.

All other relief not expressly granted herein is DENIED. This Order is a final judgment that disposes of all parties and all claims in this adversary proceeding.

///     END OF ORDER     ///

Socius Law Group, PLLC
A T T O R N E Y S
Two Union Square • 601 Union Street, Suite 4950
Seattle, Washington 98101.3951
Telephone 206.838.9100
Facsimile 206.838.9101

**Below is the Judgment of the Court.**

Approved:

SOCIUS LAW GROUP PLLC

By: /s/ Brian E. Lawler
Brian E. Lawler, WSBA # 8149
blawler@sociuslaw.com
Two Union Square
601 Union St., Suite 4950
Seattle, WA 98101
Telephone: (206) 838-9136
Facsimile: (206) 838-9137

SNOW FOGEL SPENCE LLP

By: /s/ Aaron M. Guerrero
Phil F. Snow
TX Bar No. 18812600
philsnow@snowfogel.com
Aaron M. Guerrero
TX Bar No. 24050698
aaronguerrero@snowfogel.com
2929 Allen Parkway, Suite 4100
Houston, TX 77019
(713) 335-4838
(713) 335-4848 (Fax)
**ATTORNEYS FOR BAKER HUGHES OILFIELD OPERATIONS, INC.**

Approved:

HILLIS CLARK MARTIN & PETERSON P.S.

By: /s/ Amit D. Ranade
Amit D. Ranade, WSBA #34878
Kurt E. Kruckeberg, WSBA #44246
adr@hcmp.com
1221 Second Avenue, Suite 500
Seattle, Washington 98101
Telephone: (206) 623-1745
Facsimile: (206) 623-7789
**ATTORNEYS FOR DEFENDANT PRINCE CHERUVATHUR**

ORDER OF NONDISCHARGEABILITY    4

Socius Law Group, PLLC
ATTORNEYS
Two Union Square • 601 Union Street, Suite 4950
Seattle, Washington 98101.3951
Telephone 206.838.9100
Facsimile 206.838.9101